NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1523


TEKNOWLEDGE CORPORATION,

Plaintiff-Appellant,

v.

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS,

Defendant-Appellee.

Corby R. Vowell, Goldstein, Faucett & Prebeg, LLP, of Houston, Texas, argued for plaintiff-appellant.  With him on the brief was Edward W. Goldstein.

Kevin P. Anderson, Wiley Rein LLP, of Washington, DC, argued for defendant-appellee.  With him on the brief were James H. Wallace, Jr. and Karin A. Hessler.  Of counsel on the brief was Joseph E. Addiego, III, Davis Wright Tremaine LLP, of San Francisco, California.

Appealed from:  United States District Court for the Northern District of California

Judge Susan Illston

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1523

TEKNOWLEDGE CORPORATION,

Plaintiff-Appellant,

v.

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS,

Defendant-Appellee.

# Judgment

ON APPEAL from the    United States District Court for the
Northern District of California

in CASE NO(S).    08-CV-03063

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, SCHALL, and DYK, Circuit Judges )

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED May 6, 2010        /s/ Jan Horbaly
                         Jan Horbaly, Clerk